# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2023-0221
_____

JENNIFER MURRAY and GREGORY JOY,

    Appellants,

    v.

NAPIER, INC. OF PENSACOLA,
CHUMUKLA CUSTOM HOMES,
LLC, COLVIN CONCRETE
CONSTRUCTION, LLC, FRANKLIN
RESTORATION & STUCCO, LLC,
LOWERY ROOFING, LLC,
NEWKIRK LANDSCAPING, INC.,
ROCKY'S MASONRY, INC., and
SEAN BARBER CONSTRUCTION,
LLC,

    Appellees.

_____

On appeal from the Circuit Court for Escambia County.
Jan Shackelford, Judge.

August 19, 2024


PER CURIAM.

    AFFIRMED.

OSTERHAUS, C.J., and ROWE and LONG, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____

Bruce D. Partington of Clark Partington, Pensacola; and Bailey Howard and Trevor A. Thompson of Clark Partington, Tallahassee; and Shari Thieman-Greene and Ashley M. Bell of Thieman-Green & Bell, Navarre, for Appellants.

Joseph Passeretti of Beggs & Lane, RLLP, Pensacola, and Chris K. Ritchie and Michael Grimley of Galloway, Johnson, Tompkins, Burr & Smith, PLC, Pensacola, for Appellee Napier, Inc. of Pensacola.

James Tracy Wilkenson and Beth-Ann Schulman of Boyd & Jenerette, P.A., Maitland, for Appellee Chumuckla Custom Homes, LLC.

Sarah Finney Kjellin, Alexander S. Whitlock, Jaken E. Roane and Dwight O. Slater of Guilday Law, P.A., Tallahassee, for Appellee Lowery Roofing, LLC.

Therese A. Savona, Francesca M. Stein and Lissette Gonzalez of Cole, Scott & Kissane, P.A., Orlando, for Appellee Newkirk Landscaping, Inc.

Lucian B. Hodges of Luther, Collier, Hodges & Cash, LLP, Pensacola, for Appellee Rocky's Masonry, Inc.

Elizabeth A. Parsons of Wilson, Harrell, Farrington, Ford, Wilson, Spain & Parsons, P.A., Pensacola, for Appellee Sean Barber Construction, LLC.

No appearance by Appellee Franklin Restoration & Stucco, LLC.

No appearance by Appellee Colvin Concrete Construction, LLC.